# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN W. MILLIGAN, | NO. SA CV 09-0950 SJO (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| JAMES YATES, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: June 4, 2010.

*S. James Otero*
_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE